# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN KOGUT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:18-cv-00897-TJC-PDB |
| | ) |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| Defendant. | ) |
| | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each side to bear its own costs and attorney's fees.

| | |
|---|---|
| */s/ Dayle Marie Van Hoose* | */s/ Amy L. Bennecoff Ginsburg* |
| Dayle Marie Van Hoose, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions, Fishman, Nathan & Israel, LLC | Kimmel & Silverman, P.C. |
| Suite 195 | 30 East Butler Pike |
| 3350 Buschwood Park Dr | Ambler, PA 19002 |
| Tampa, FL 33618 | Phone: 215-540-8888 |
| Phone: 813-440-5327 | Fax: 877-788-2864 |
| Fax: 866-466-3140 | Email: aginsburg@creditlaw.com |
| Email: dvanhoose@sessions.legal | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: November 8, 2018 |
| Date: November 8, 2018 | |

BY THE COURT:

_____
                                                    J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 8th day of November, 2018:

Dayle Marie Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Dr
Tampa, FL 33618
Phone: 813-440-5327
Fax: 866-466-3140
Email: dvanhoose@sessions.legal

Jocelyn Christine Smith, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Dr
Tampa, FL 33618
Phone: 813-440-5328
Fax: 866-466-3140
Email: jsmith@sessions.legal

Rachel A. Morris, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Dr
Tampa, FL 33618
Phone: 813-890-2464
Fax: 866-466-3140
Email: rmorris@sessions.legal
Attorney for the Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Benecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff
