UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN KOGUT,

    Plaintiff,

v.                      Case No.   3:18-cv-897-J-32PDB

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____

**O R D E R**

Upon review of Stipulation to Dismiss (Doc. 11), filed on November 8, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of November, 2018.

                              TIMOTHY J. CORRIGAN
                              United States District Judge

sj
Copies:

Counsel of record